

**Velva L. Price**
**Travis County District Clerk**
**Travis County Courthouse Complex**
**P.O. Box 679003**
**Austin, Texas 78767-9003**

September 25, 2015


Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

Dear Mr. Kyle,

A Notice of Appeal was filed with the Travis County District Clerk's Office and forwarded to the 3rd Court on September 21, 2015, in cause number D-1-GN-14-001682 and Court of Appeals number 03-15-00599-CV, styled, STEPHEN DOROGHAZI VI TEXAS AUSTIN HOTEL REALTY.

The 3rd Court has calculated the due date for clerk's record as August 24, 2015, which makes the clerk's record technically due before the Notice of Appeal was received from the Appellant. Therefore, the District Clerk requests an extension of time to clarify this matter with the 3rd Court of Appeals and prepare the clerk's record by October 2, 2015.

Thank you for your consideration.

If you have any questions, please contact me at (512) 854-4309

Sincerely,

Trish Winkler
Deputy Court Clerk II
(512) 854-4309